**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Robert James Swint,

Plaintiff,

v.

Bob Sweeps,

Defendant.

Case No. 26-cv-3142 (JWB/LIB)

**REPORT AND RECOMMENDATION**

---

Pursuant to a general assignment made in accordance with 28 U.S.C. § 636, this matter comes before the undersigned United States Magistrate Judge upon review of Plaintiff's Complaint, [Docket No. 1].

On June 30, 2026, the Clerk of this Court sent Plaintiff Robert James Swint a letter (1) stating that the Court had not received either this action's filing fee or an application to proceed in forma pauperis ("IFP"); (2) enclosing this District's IFP-application template; and (3) warning that if the Court did "not receive [his] filing fee or [IFP application]" within fifteen days—that is, by July 15, 2026—"[his] case could be summarily dismissed with-out prejudice." (See Ltr. [Docket No. 2].) That deadline has now passed, and Plaintiff has not paid the fee or submitted an IFP application.

Accordingly, this Court recommends dismissing this action without prejudice for failure to prosecute. See, e.g., Henderson v. Renaissance Grand Hotel, 267 F. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district court has discretion to dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order.").

Therefore, based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY RECOMMENDED THAT** this action be **DISMISSED without prejudice** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

Dated: August 6, 2026

s/ Leo I. Brisbois
Hon. Leo I. Brisbois
United States Magistrate Judge

**NOTICE**

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. See Local Rule 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).